# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TONY H. MORGAN,<br><br>               Plaintiff,<br><br>vs.<br><br>CITY OF HENDERSON DETENTION CENTER, et al.,<br><br>               Defendants. | Case No. 2:09-cv-01392-RCJ-PAL<br><br>**ORDER**<br><br>(Substitution of Counsel - Dkt. #21) |

This matter is before the court on a Substitution of Attorneys (Dkt. #21) filed November 10, 2010. It seeks to substitute Nancy D. Savage in the place and stead of Ron Sailon as attorney for Defendant City of Henderson in this matter. LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented. It provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case. This case was commenced when Plaintiff filed an Application to Proceed *In Forma Pauperis* (Dkt. #1) on July 30, 2009. Accordingly,

**IT IS ORDERED** that Defendant's request to substitute Nancy D. Savage in the place and stead of Ron Sailon is GRANTED, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 12th day of November, 2010.

                                                                                _____<br>
                                                                                PEGGY A. LEEN<br>
                                                                                UNITED STATES MAGISTRATE JUDGE